**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 18bk22666 |
| | ) | Chapter 7 |
| Angie & Kryzystof Wielogosinski, | ) | |
| | ) | |
| Debtor. | ) | Judge LaShonda A. Hunt |
| | ) | |
| | ) | |
| Christine Szafron, | ) | Adversary No. 19ap00018 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Angie Wielogosinski, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FINAL PRETRIAL ORDER**

This matter is set for trial on **Monday, March 1, 2021 at 10:00 a.m.** In accordance with General Order No. 20-5, the trial will be held remotely using the Zoom for Government videoconferencing platform. No participants will be physically present in the courtroom. The COVID-19 public health emergency constitutes good cause in compelling circumstances for holding the trial remotely by videoconference. Zoom for Government and this Order provide appropriate safeguards. At the court's discretion, the trial will continue from day to day until completed. Unless modified by the court, the provisions of this Order will govern the course of proceedings:

1. **Continuances.** No continuance of the trial date will be granted except for good cause shown. Any motion for continuance must be presented, with proper notice, at least ten (10) days before the trial date.

2. **Discovery.** Discovery in this matter is closed.

3. **Participation by Video.**

    a. **Connecting to Zoom.** Parties may connect to the hearing by entering the URL shown below into an internet browser on a computer, tablet, or smartphone, and entering the meeting ID and password when prompted. Parties may use their device's internal microphone and speakers for their audio connection, or they may use a separate phone by dialing the number below.

> **Video Connection**
> URL: https://www.zoomgov.com
> Meeting ID: 160 190 1620
> Passcode: 452820
>
> **Audio Connection:**
> Computer: Press "Join with Computer Audio"
> Telephone: Dial (646) 828-7666, and enter the ID and Password when prompted

b. **Witness Testimony.** All witnesses will be placed under oath, and their testimony will have the same effect as if they were testifying in open court. Each witness must testify from a quiet room. Witnesses must situate themselves so that other participants can see them, and the witnesses can see the video. While a witness is under oath and testifying, no person may be in the same room, the witness may have no documents in the room except exhibits the parties have submitted, and the witness may not communicate in any fashion with anyone other than the questioning attorney and the judge. If the witness and the witness's attorney need to communicate, the attorney must request a recess.

c. **Subpoenas to Third-Party Witnesses.** Each subpoena to a third-party witness must state the following in the box for the "Place" to appear: "The trial will be conducted remotely by videoconference in accordance with the attached Final Pretrial Order." A copy of this Final Pretrial Order must be attached to the subpoena and served on the witness.

4. **Trial Exhibits.** Each party will provide all other parties a copy of all exhibits that they anticipate offering into evidence. No other exhibits may be introduced at trial, except for rebuttal purposes. In addition, each party shall provide to the Court an electronic copy of their exhibit list and all exhibits in PDF Format via email to **Hunt_Exhibits@ilnb.uscourts.gov** on or before **Friday, February 19, 2021**. Attorneys are responsible for ensuring that each pdf file can be opened successfully. Each exhibit must be clearly and sequentially numbered in the order of its probable presentation at trial.Each document must have a separate exhibit number

5. **Technical Pre-Trial Conference**. On **February 23, 2021, at 1:00 p.m.**, the court will hold a technical pre-trial conference to test the video technology. All parties and witnesses (except third-party witnesses) must participate. All participants are admonished not to discuss the substance of the trial at the pre-trial conference and instead limit their comments to the functioning of the video technology and related procedural matters. The pre-trial conference will be held using the same Zoom information listed above.

6. **Joint Pretrial Statement.** Counsel for all parties are hereby ordered to confer and together prepare and file with the court by **Friday, February 19, 2021**, a **joint document** captioned "Pretrial Statement," containing the following information:

a. A brief statement of the theory of each claim and each defense;

b. A statement of stipulated facts set forth in numbered paragraphs;

    c. A statement of disputed material facts set forth in numbered paragraphs;

    d. Each party's list of witnesses with any objections noted, stating grounds. The list must be divided into two categories: (a) witness who will be called to testify, and (b) witnesses who may be called to testify. For each witness, the list must provide the witness' name, email address, and telephone number (in case of an interruption in the video or audio portion of the trial) as well as a brief description of the subject matter of the witness' testimony. All experts who will or may be called must be included on the witness list and must be specifically designated as "expert." A brief statement of the topic of each expert's testimony must be provided. A party opposing testimony by any witness must state the specific grounds for each objection in the Pretrial Statement. Any objection not stated in the Pretrial Statement is waived. Any objection for which a specific ground is not listed is also waived. Any witness not identified in accordance with this order will be barred from testifying at trial.

    e. Each party's list of exhibits it plans to offer into evidence and any objections by any opposing party. Each exhibit must be provided electronically as a separate pdf (Adobe Acrobat) file. Attorneys are responsible for ensuring that each pdf file can be opened successfully. Each exhibit must be clearly and sequentially numbered in the order of its probable presentation at trial. Each document must have a separate exhibit number. The party opposing admission of any exhibit must state the specific grounds for each objection in the Pretrial Statement. Any objection not included in the Pretrial Statement is waived. Any objection for which a specific ground is not listed is also waived. Any exhibit not listed and exchanged in accordance with this order will not be admitted into evidence unless all opposing parties agree to the admission of the exhibit.

  7. **Pretrial Briefs.** Each party is further ordered to file a "Pretrial Brief" of no more than five (5) pages on or before **February 19, 2021**, that includes a short statement setting forth the burden of proof and elements of each claim and each defense, with citations to statutes and cases, if necessary.

  8. **Courtroom Formalities.** Though held remotely by videoconference, the hearing constitutes a judicial proceeding. No one except the assigned court reporter or another person that the court directs may record the audio or video of the trial. Formalities of a courtroom will be observed. Participants must dress appropriately and must conduct themselves in a suitable manner. ZoomGov permits the use of virtual backgrounds to safeguard participants' privacy. If using a virtual background, participants should avoid backgrounds that are offensive or distracting. ZoomGov video participants are also permitted to specify a display name. In order to assist the Court in creating a record of the proceedings, participants must use their full and correct name.

  9. **Public Proceedings.** Due to the COVID-19 public health emergency, the courtroom is closed to the public. Any member of the public may attend this ZoomGov hearing free of charge using the connection information listed above.

*These provisions will govern the future course of this proceeding. Failure to comply with the provisions of this Order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Dated:  January 22, 2021

Entered:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

4